```
 1 | NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
   | JAMES K. SAKAGUCHI (SBN 181010) [jks@viplawgroup.com]
 2 | Vista IP Law Group LLP
   | 2040 Main Street, Suite 710
 3 | Irvine, California 92614
   | Tel: (949) 724-1849
 4 | Fax: (949) 625-8955
   |
 5 | Attorneys for Defendants:
   |       Propack Processing & Packaging Systems, Inc.;
 6 |       Chris Follows;
   |       ConAgra Foods, Inc.; and
 7 |       Hearthside Food Solutions, LLC
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBOTINCIC, ET AL, | Case No. SACV 13-0066-AG(PJWx) |
| Plaintiffs, | Consolidated with: |
| vs. | |
| PROPACK, ET AL, | |
| Defendants. | |
| SUBOTINCIC, ET AL, | Case No. EDCV 13-0757-AG(PJWx) |
| Plaintiffs, | |
| vs. | |
| CONAGRA, ET AL, | AND |
| Defendants. | |
| SUBOTINCIC, ET AL, | Case No. CV 13-4655-AG(PJWx) |
| Plaintiffs, | |
| vs. | |
| HEARTHSIDE, ET AL, | ~~PROPOSED~~ **ORDER TO ENTER STANDING PROTECTIVE ORDER** |
| Defendants. | |

THIS DOCUMENT RELATES TO:
ALL Actions

1

1  The parties to this action have agreed to this Court's
2  Standing Protective Order titled "HONORABLE ANDREW J. GUILFORD
3  STANDING PROTECTIVE ORDER" posted on this Court's website, which
4  Order was posted after the commencement of this action.

5  Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

6  This Court's Standing Protective Order titled "HONORABLE
7  ANDREW J. GUILFORD STANDING PROTECTIVE ORDER" posted on this
8  Court's website, is hereby entered.

**IT IS SO ORDERED**

Dated: February 27, 2014
_____
Hon. Patrick J. Walsh
United States Magistrate Judge

2